**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  11 CR. 457 (RMB)

   -against-

                                                                **ORDER**

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Tuesday, August 4, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 4572

Dated: June 18, 2020
       New York, NY

                                                      _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.