UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                11 CR. 457 (RMB)

  -against-

**ORDER**

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Tuesday, August 4, 2020 at 11:30 AM is hereby rescheduled to Monday, August 17, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4572

Dated: July 22, 2020
       New York, NY

                                                RICHARD M. BERMAN
                                                    U.S.D.J.