UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                     11 CR. 457 (RMB)

  -against-

                                                                                                   **ORDER**

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

       The telephone status conference previously scheduled for Monday, October 19, 2020 at 11:30 AM is hereby rescheduled to Tuesday, October 20, 2020 at 9:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 4572

Dated: October 15, 2020
       New York, NY

                                                                                _____
                                                                                  RICHARD M. BERMAN
                                                                                            U.S.D.J.