**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                              11 CR. 457 (RMB)
   -against-

                                              **ORDER**

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Tuesday, October 20, 2020 at 9:00 AM is hereby rescheduled to Tuesday, November 10, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 4572

Dated: October 20, 2020
       New York, NY

                                                      */s/ Richard M. Berman*
                                             RICHARD M. BERMAN
                                                     U.S.D.J.