**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                              11 CR. 457 (RMB)
  -against-

                                                              **ORDER**

EVA SANTIAGO,
                Defendant.
-------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, October 18, 2021 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 4572

Dated: October 13, 2021
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.