**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                     Government,

            -against-

EVA SANTIAGO,

                     Defendant.

------------------------------------------------------------X

                                 11 CR. 457 (RMB)

                                 **<u>ORDER</u>**

        The supervised release hearing previously scheduled for Monday, October 18, 2021 at 11:00 AM is hereby rescheduled to Monday, November 15, 2021 at 10:30 AM

        In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 4572

Dated: November 10, 2021
       New York, NY

                                       *Richard M. Berman*
                                      RICHARD M. BERMAN
                                         U.S.D.J.