UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                11 CR. 457 (RMB)

  -against-

**ORDER**

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, April 5, 2022 at 9:30 AM is hereby rescheduled to 9:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4572

Dated: March 30, 2022
       New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.