UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

11 CR. 457 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, July 20, 2022 at 9:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 4572

Dated: July 14, 2022
       New York, NY

                              _____
                                 RICHARD M. BERMAN
                                     U.S.D.J.