**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        -against-

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

11 CR. 457 (RMB)

**ORDER**

      Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: August 18, 2022
      New York, NY

_____
      RICHARD M. BERMAN
            U.S.D.J.