UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

EVA SANTIAGO,

        Defendant.

CASE NO.: 11 Cr. 457 (RMB)(SLC) - 2

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Wednesday, September 28, 2022, at 3:00 pm is now **RESCHEDULED** to **Friday, September 30, 2022, at 3:00 pm** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Ms. Santiago are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             September 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**