UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

EVA SANTIAGO,

          Defendant.

CASE NO.: 11 Cr. 457 (RMB) (SLC) - 2

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's order dated October 7, 2022 (ECF No. 136), an early termination of supervised release hearing for Supervisee Eva Santiago has been scheduled for **Tuesday, January 10, 2023, at 12:30 pm**. The hearing will take place in person, in Courtroom 17B, 500 Pearl Street, New York, New York, before the Honorable Richard M. Berman and the Honorable Sarah L. Cave.

The Court requests Ms. Santiago's mental health and substance abuse counselor(s) to attend, as well as any person whom Ms. Santiago would like to speak on her behalf.

Dated:    New York, New York
            October 7, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**