**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

EVA SANTIAGO,
                Defendant.
------------------------------------------------------------X

11 CR. 457 (RMB)

**ORDER**

       The supervised release hearing scheduled for Tuesday, January 10, 2023 at 12:30 PM will be held in Courtroom 17B.

Dated: January 5, 2023
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.