**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                    :

              Government,     :       11 CR. 457 (RMB)

                    :

        - against -           :       **<u>ORDER</u>**

                    :

EVA SANTIAGO,              :

              Defendant.     :
----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, January 10, 2023 at 12:30 P.M. is hereby rescheduled to Thursday, March 9, 2023 at 9:00 A.M.

       In the absence of defense objection – the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 258 669 970#

Dated: January 25, 2023
      New York, NY

                                *Richard M. Berman*
                              _____
                               **RICHARD M. BERMAN**
                                 **U.S.D.J.**