**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,           :      11 CR. 457 (RMB)
                                           :
     - against -                         :      **ORDER**
                                           :
EVA SANTIAGO,                              :
                Defendant.            :
-------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, March 9, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, March 21, 2023 at 9:00A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 258 669 970#

Dated: February 23, 2023
      New York, NY

                                             _____
                                             **RICHARD M. BERMAN**
                                                 U.S.D.J.