UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                      Government,       :       11 CR. 457 (RMB)
                                           :
        - against -                  :       **ORDER**
                                           :
EVA SANTIAGO,                              :
                      Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, March 21, 2023 at 9:00 A.M. is hereby rescheduled to 10:00A.M. on the same date.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 258 669 970#

Dated: March 14, 2023
       New York, NY

                                                                 _____
                                                                 **RICHARD M. BERMAN**
                                                                       **U.S.D.J.**