UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                     Government,   :       11 CR. 457 (RMB)
                                            :
       - against -                        :       **AMENDED ORDER**
                                            :
EVA SANTIAGO,                               :
                     Defendant.    :
----------------------------------------------------------------x

The supervised release hearing previously scheduled for Tuesday, March 21, 2023 at 10:00 A.M. is hereby rescheduled to 12:00 P.M. on the same date.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 258 669 970#

Dated: March 15, 2023
       New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.