UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>EVA SANTIAGO,<br><br>                    Defendant. | CASE NO.: 11 Cr. 457 (RMB)(SLC) - 2<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing is scheduled for **Tuesday, June 20, 2023 at 12:00 p.m.** and will take place before Magistrate Judge Sarah L. Cave by videoconference hosted by the Court through the Microsoft Teams platform. Members of the public can use the following dial-in number for audio-only listening: (646) 453-4442; Conference ID: 588 294 190 #.

Dated:    New York, New York
            March 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**