UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EVA SANTIAGO,

                Defendant.

CASE NO.: 11 Cr. 457 (RMB)(SLC) - 2

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, December 19, 2023 at 12:00 pm is now **RESCHEDULED** to **2:00 pm on the same day**. The hearing will take place before the Honorable Richard M. Berman and the Honorable Sarah L. Cave by videoconference through the Microsoft Teams platform. Members of the public can use the following dial-in number for audio-only listening: (646) 453-4442; Conference ID: 881 242 329 #.

Dated:    New York, New York
            December 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**